1  CATHERINE A. CONWAY (SBN 98366)
   GREGORY W. KNOPP (SBN 237615)
2  MARK R. CURIEL (SBN 222749)
   cconway@akingump.com
3  gknopp@akingump.com
   mcuriel@akingump.com
4  Akin Gump Strauss Hauer & Feld LLP
   2029 Century Park East, Suite 2400
5  Los Angeles, California 90067-3012
   Telephone: 310-229-1000
6  Facsimile: 310-229-1001

7  Attorneys for Defendant STARBUCKS
   CORPORATION

8

9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                 SAN FRANCISCO DIVISION

13

14
   ROYA KOIKE and ADAM ODNERT,        | Case No. C06-3215 VRW
15 on behalf of themselves and all others
   similarly situated, and on behalf of the | **STIPULATION AND [PROPOSED]**
16 general public,                     | **ORDER TO CONTINUE CASE**
                                       | **MANAGEMENT CONFERENCE**
17              Plaintiffs,            | **AND AMEND JOINT CASE**
                                       | **MANAGEMENT STATEMENT**
18       v.
                                       | Date Action Filed: April 4, 2006
19 STARBUCKS CORPORATION,
   DOES 1 through 20,                  |
20                                     | Case Management Conference continued from
                Defendants.            | August 29, 2006 to September 26, 2006 at
21                                     | 9:00 a.m.

22

23

24

25

26

27

28

5958230
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

1  WHEREAS, (i) the Case Management Conference is currently set for August 29, 2006; (ii) defendant Starbucks' counsel is unavailable due to a trial in San Diego Superior Court set for August 25, 2006; and (iii) the parties' Joint Case Management Statement and [Proposed] Order, lodged with the Court on August 15, 2006, proposed an initial disclosures deadline of August 29, 2006;

IT IS HEREBY STIPULATED, by and between Starbucks and plaintiffs Roya Koike and Adam Odnert, through their attorneys of record, that (i) the Case Management Conference be continued to September 26, 2006 at 9:00 a.m., and (ii) the parties amend their proposed initial disclosures deadline to September 19, 2006.

Dated: August __, 2006

AKIN GUMP STRAUSS HAUER & FELD LLP
CATHERINE A. CONWAY
GREG KNOPP
MARK R. CURIEL

By _____
    Gregory W. Knopp
Attorneys for Defendant STARBUCKS CORPORATION

Dated: August 18, 2006

SPIRO MOSS BARNESS HARRISON & BARGE LLP

By _____
    Gregory N. Karasik
Attorneys for Plaintiffs ROYA KOIKE
& ADAM ODNERT

GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated: August 21, 2006          By _____
                                    Judge Vaughn R. Walker

IT IS SO ORDERED
Judge Vaughn R. Walker
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

5958230

1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE