IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KOIKE, et al,                                              No C 06-3215 VRW

      Plaintiffs,
                                          ORDER
      v

STARBUCKS CORP,

      Defendant.
_____/

      Plaintiffs request the court's assistance in resolving discovery disputes detailed in a letter dated November 8, 2006, and filed with the court on November 17, 2006. Doc #26. While the letter was not electronically filed and was not accompanied by proof of service, it appears Mark R Curiel of Akin Gump Strauss Hauer & Feld LLP was carbon copied.

      Defendant is ordered to submit a reply letter, not to exceed two pages, on or before December 1, 2006.

      SO ORDERED.

_____
VAUGHN R WALKER

United States District Chief Judge