1  Ira Spiro, SBN 067641(ira@spiromoss.com)
   Gregory N. Karasik, SBN 115834 (greg@spiromoss.com)
2  Spiro Moss Barness LLP
   11377 W. Olympic Blvd., Fifth Floor
3  Los Angeles, CA 90064-1683
   Telephone    310-235-2468
4  Fax:         310-235-2456

5  Bobby Debes, admitted pro hac vice
   Debes Law Firm
6  3D/International Tower, 1900 W. Loop South, Suite 1910
   Houston, TX 77027
7  bdebes@debeslaw.com
   Telephone    (713) 623-0900
8  Fax          (713) 623-0951

9  Martin A. Shellist, pro hac vice application to be submitted
   Shellist Lazarz, LLP
10 3/D International Building,1900 West Loop South, Suite 1910
   Houston, Texas 77027
11 mshellist@eeoc.net
   Telephone    (713) 621-2277
12 Fax:         (713) 621-0993

13 Attorneys for Plaintiffs

14                UNITED STATES DISTRICT COURT
15                NORTHERN DISTRICT OF CALIFORNIA

16 
   ROYA KOIKE and ADAM ODNERT, on       ) Case No. C 06 CV 3215 VRW
17 behalf of themselves and all others similarly )
   situated, and on behalf of the general public, ) **STIPULATION RE DISCOVERY AND**
18                                       ) [~~PROPOSED~~] **ORDER THEREON**
                                         )
19           Plaintiffs,                 )
                                         )
20 vs.                                   )
                                         )
21                                       )
   STARBUCKS CORPORATION, and DOES )
22 1 through 20,                         )
                                         )
23                                       )
             Defendants.                 )
24                                       )
                                         )
25 

26     Plaintiffs Roya Koike and Adam Odnert ("Plaintiffs"), and defendant Starbucks
27 Corporation ("Starbucks"), hereby enter into the following Stipulation re Discovery and request
28 the Court to approve said stipulation and enter an order in accordance therewith.

                                         1
            STIPULATION RE DISCOVERY AND PROPOSED ORDER
                     Case No. C 06 CV 3215 VRW

**STIPULATION**

Background

1. Plaintiffs filed their initial and first amended complaints in state court in April, 2006. Starbucks removed this case to federal court on May 12, 2006.

2. At the initial case management conference held on September 26, 2006, the court established a cut off date of February 28, 2007 for discovery related to class issues, and scheduled a class certification hearing and further case management conference for April 19, 2007.

3. Discovery disputes have arisen between the parties regarding the identity and location of potential class numbers and the production of payroll records.

4. Without waiving the right to seek additional discovery not specifically required to be produced herein, or make objections to additional discovery propounded hereafter, the parties agree to resolve discovery disputes regarding the identity and location of potential class members and production of payroll records as set forth below.

Identity and Location of Potential Class Members

5. Within ten days after approval of this stipulation, Starbucks shall provide a third party administrator with the names and contact information (including current or last known home addresses, telephone numbers) for all potential class members (excluding any individuals whose claims are totally barred by the *Shields* settlement). The third party administrator shall use a random selection process to select 750 of them.

6. Within five days of receipt of the information from Starbucks, the third party administrator shall send to the selected potential class members by first class mail a letter in the form attached hereto as Exhibit A with an enclosed post card in the form attached as Exhibit B. The letter shall advise recipients that the third party administrator will disclose their names and contact information to plaintiffs unless they object in writing to disclosure of that information within 30 days of the mailing of the letter. The third party administrator shall give the parties written notice verifying the date of the mailing.

7. Within five days after the 30 day period for objecting to disclosure expires, the

third party administrator shall provide to plaintiffs the names and contact information for all potential class members who did not timely object in writing to disclosure of that information.

8. The parties shall jointly select the third party administrator. Starbucks shall pay for the cost of postage for post cards sent to potential class members. Apart from that cost, Plaintiffs shall be responsible for payment of one half of the fees and expenses charged by the third party administrator for carrying out its responsibilities under this stipulation, and Starbucks shall be responsible for payment of one half of the fees and expenses charged by the third party administrator for carrying out its responsibilities under this stipulation.

9. This stipulation shall not preclude plaintiffs from communicating with any potential class member whose identity or contact information is learned independently from the procedures set forth herein. Nor shall this stipulation preclude any potential class member from contacting plaintiffs or their counsel for any purpose.

Payroll Records

10. Within five days after approval of this stipulation by the court, Starbucks shall provide plaintiffs with a list of all stores in California operated by Starbucks during the alleged liability period, including the address and store number for each store.

11. Based on the list provided by Starbucks, plaintiffs shall select a list of 150 stores and, for each store, a one month period after July 2005. Within 30 days after plaintiffs deliver this list to Starbucks, Starbucks shall produce punch summary reports (the reports that reflect an individual's time punches) and audit trail reports (the reports that reflect edits to the punch records) for all the potential class members who worked as assistant store managers in the selected stores in the selected months.

Modification of Litigation Schedule

12. The parties acknowledge that, due to the nature of this case, discovery relating to class issues cannot be completed before the February 28, 2007 deadline previously established by the court. The parties therefore agree that the deadline for completion of discovery related to class issues be extended approximately three months to June 1, 2007, and request that the class certification hearing and further case management conference presently scheduled for April 19,

2007 be continued for at least three months to a date convenient for the court no earlier than August 1, 2007.

General Understandings

14. Starbucks does not admit or concede that plaintiffs can establish any of the requirements for maintaining a class action. This stipulation shall be without prejudice to any arguments or contentions Starbucks may wish to raise in opposition to certification of this case as a class action.

15. This stipulation shall be without prejudice to any other discovery that may be sought by either party, or any objections in response thereto. Each party also reserves the right to seek modification or limitation of this stipulation upon a showing of good cause.

DATED: January 12, 2007     SPIRO MOSS BARNESS LLP

BY: _____
      Gregory N. Karasik
      Attorneys for Plaintiffs

DATED: January 11, 2007     AKIN GUMP STRAUSS HAUER & FELD LLP

BY: _____
      Gregory W. Knopp
      Attorneys for Defendant

**ORDER**

The foregoing stipulation is hereby approved and the parties are ordered to comply with this order. In addition, the Court orders that the class certification hearing and further case management conference previously scheduled for April 19, 2007 shall be continued to August 2, 2007 at 2:00 PM ~~, 2007~~.

Dated: January 19, 2007

IT IS SO ORDERED AS MODIFIED
Judge Vaughn R Walker
United States District Court, Northern District of California

4

STIPULATION RE DISCOVERY AND PROPOSED ORDER
Case No. C 06 CV 3215 VRW

## PLEASE READ THIS LEGAL NOTICE IN ITS ENTIRETY
## FAILURE TO RESPOND MAY WAIVE IMPORTANT PRIVACY RIGHTS

Dear <<NAME>>

 Re: Class Action Lawsuit Against Starbucks

Two former Starbucks partners, Roya Koike and Adam Odnert ("Plaintiffs"), have brought a class action lawsuit against Starbucks. The lawsuit is called *Koike v. Starbucks*, Case No. C 06 CV 3215, and is pending in the United States District Court, Northern District of California.

**A. Summary of the Claims**

Plaintiffs allege that Starbucks failed to pay assistant managers for hours worked "off the clock." Thus, Plaintiffs believe that assistant managers are owed minimum and overtime wages, as well as penalties. Starbucks denies these claims. Starbucks maintains that it complied with all labor laws and that it properly paid assistant managers for all time worked.

Plaintiffs seek to maintain the lawsuit as a class action on behalf of other similarly situated current and former assistant managers of Starbucks. The Court has not yet determined whether the lawsuit can proceed as a class action, or determined whether any of Plaintiffs' claims against Starbucks have merit.

**B. Disclosure of Contact Information**

Plaintiffs' lawyers are in the process of investigating Plaintiffs' claims and would like to speak with current and former assistant managers about their work experience at Starbucks. Plaintiffs' lawyers have asked Starbucks to provide them with the name, home address, and telephone number for a portion of this group. You have been randomly selected to be one of the people whose contact information would be shared with Plaintiffs' lawyers, if you do not object.

To protect your privacy, the parties have agreed that your name and contact information may not be disclosed to Plaintiffs or their attorneys if you object to disclosure of that information. So that you could receive this letter and have an opportunity to object, Starbucks disclosed your name and address to an independent mailing house. **If you object to disclosure of your contact information to Plaintiffs or their attorneys, you must complete and return the enclosed postcard within 30 days of the date of this letter.** If you return the enclosed postcard within that time, your name and home address will not be given to Plaintiffs' attorneys. If you do not object to disclosure of your contact information **in writing within 30 days**, Rust Consulting will proceed to provide Plaintiffs and their attorneys with that information.

**C. Your Rights**

You are free to talk to attorneys for Plaintiffs or you may choose not to talk to them. Your decision should have no effect on your employment. It is against the law for Starbucks or

EXHIBIT A

any other employer to retaliate against you in any way for speaking with Plaintiffs' attorneys, supporting Plaintiffs, or participating in the lawsuit in any way.

If you have any questions, you are free to contact Plaintiffs' attorneys, Starbucks attorneys, or any other advisor of your choice. DO NOT CONTACT THE COURT.

The attorneys representing Plaintiffs are:

Gregory N. Karasik
Spiro Moss Barness & Barge LLP
11377 W. Olympic Blvd. 5th Floor
Los Angeles, CA 90064
Telephone   (310) 235-2468
Email   gkarasik@smbhblaw.com

The attorneys representing Starbucks are:

Gregory W. Knopp
Mark R. Curiel
Akin Gump Strauss Hauer & Feld LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone   (310) 229-1000
Email   gknopp@akingump.com
Email   mcuriel@akingump.com

By returning this postcard to Rust Consulting, Inc., I understand that I am requesting that my name, home address, and home telephone number **not** be disclosed to plaintiff's counsel in the lawsuit against ▓▓▓▓

Name (please print): _____

Signature: _____ Date _____

**If you do not consent to disclosure please return this postcard by Date XX, 2006.

EXHIBIT _B_

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYA KOIKE, and ADAM ODNERT, on behalf of themselves and all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>STARBUCKS CORPORATION, and DOES 1 through 20,<br><br>Defendants. | ) CASE NO. 3:06-cv-3215-VRW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### CERTIFICATE OF SERVICE

I certify that on January 12, 2007, I caused to be served a copy of the **Stipulation Re Discovery and [Proposed] Order Thereon** dated January 12, 2007, via electronic filing with the CM/ECF system, upon:

Gregory William Knopp
AKIN GUMP STRAUSS HAUER & FELD LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067


DATED: January 12, 2007        SPIRO MOSS BARNESS LLP


                    BY: _____
                        Gregory N. Karasik
                        11377 W. Olympic Blvd., 5th Floor
                        Los Angeles, CA 90064
                        (310) 235-2468
                        Greg@spiromoss.com
                        Attorneys for Plaintiffs