Ira Spiro, SBN 067641(ira@spiromoss.com)
Gregory N. Karasik, SBN 115834 (greg@spiromoss.com)
Spiro Moss Barness LLP
11377 W. Olympic Blvd., Fifth Floor
Los Angeles, CA 90064-1683
Telephone    310-235-2468
Fax:         310-235-2456

Bobby Debes, admitted pro hac vice
Debes Law Firm
3D/International Tower, 1900 W. Loop South, Suite 1910
Houston, TX 77027
bdebes@debeslaw.com
Telephone    (713) 623-0900
Fax          (713) 623-0951

Martin A. Shellist, pro hac vice application to be submitted
Shellist Lazarz, LLP
3/D International Building,1900 West Loop South, Suite 1910
Houston, Texas 77027
mshellist@eeoc.net
Telephone (713) 621-2277
Fax:       (713) 621-0993

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROYA KOIKE and ADAM ODNERT, on behalf of themselves and all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>STARBUCKS CORPORATION, and DOES 1 through 20,<br><br>Defendants. | Case No. C 06 CV 3215 VRW<br><br>STIPULATION RE FURTHER CONTINUANCE OF DEADLINE FOR COMPLETING CERTIFICATION RELATED DISCOVERY AND HEARING ON MOTION FOR CLASS CERTIFICATION and [proposed] ORDER THEREON |

1

Plaintiffs Roya Koike and Adam Odnert ("Plaintiffs"), and defendant Starbucks Corporation ("Starbucks"), hereby enter into the following Stipulation and request the Court to approve said stipulation and enter an order in accordance therewith.

## STIPULATION

### Background

1. This case involves claims that Starbucks, as a matter of policy and/or practice, fails to pay Assistant Managers for all time worked in violation of California law. Specifically, Plaintiffs contend that Assistant Managers are regularly required to work "off the clock" without compensation for that work. Starbucks denies Plaintiffs' allegations, and disputes that this case can be maintained as a class action under Rule 23 of the Federal Rules of Civil Procedure.

2. Plaintiffs' motion for class certification is presently scheduled to be heard on October 11, 2007 (to be followed by a further status conference), which effectively gives Plaintiffs until September 6, 2007 to complete certification related discovery and file their certification motion.

3. Due to the nature of this case, certification related discovery has been extensive. Starbucks has produced more than 12,000 documents to date and the parties have taken numerous depositions. The parties have also worked cooperatively to reach stipulations to avoid as many depositions as possible.

### Discovery Delays

4. Despite diligent efforts by all parties, unexpected delays in the course of discovery have prevented completion of certification related discovery in sufficient time for Plaintiffs to prepare adequately a motion for class certification by September 6, 2007. Certification related discovery that remains to be completed includes:

a) completion of the deposition of Plaintiff Adam Odnert;

b) supplemental production of documents relating to the job duties of Assistant Managers in connection with the Organizing for Growth project;

c) deposition of the person most knowledgeable from Starbucks about the Organizing for Growth project.

5.      Plaintiff did not become aware of the Organizing for Growth project, or the existence of additional documents relating to the job duties of Assistant Managers, until Starbucks produced a document referencing the Organizing for Growth project in August 2007 and Plaintiff took the deposition of the person most knowledgeable for Starbucks about Assistant Manager training on August 24, 2007. At that time, Plaintiff requested to take another deposition, of the person most knowledgeable for Starbucks about the Organizing for Growth project.

6.      Starbucks is in the process of locating any additional documents relating to the job duties of Assistant Managers in connection with the Organizing for Growth project. The parties anticipate that any such documents will be produced, and the remaining certification related depositions will be concluded, by the end of September 2007.

Request for Continuance

7.      As set forth in previous stipulations, the parties have requested, and this Court has approved, postponement of the hearing date for Plaintiffs' motion for class certification on several occasions to allow for completion of certification related discovery. The parties anticipate, and hope, that this will be the last time an extension will be needed. Towards their mutual goal of having the class certification issue decided as soon as practicable, the parties therefore agree that the class certification hearing and further case management conference presently scheduled for October 11, 2007 be continued to a date convenient for the Court no sooner than November 15, 2007, which will effectively require completion of certification related discovery and the filing of Plaintiffs' motion for class certification no later than October 11, 2007.

General Understandings

8.      Starbucks does not admit or concede that plaintiffs can establish any of the

requirements for maintaining a class action, and does not admit or concede the relevance of the Organizing for Growth project or that a deposition on that topic is appropriate. This stipulation shall be without prejudice to any arguments or contentions Starbucks may wish to raise in opposition to certification of this case as a class action or at any other time.

9. This stipulation shall be without prejudice to any other discovery that may be sought by either party, or any objections in response thereto. Each party also reserves the right to seek modification or limitation of this stipulation upon a showing of good cause.

DATED: Sept 4, 2007              SPIRO MOSS BARNESS LLP

                                 BY: _____
                                 Gregory N. Karasik
                                 Attorneys for Plaintiffs

DATED: August 30, 2007           AKIN GUMP STRAUSS HAUER & FELD LLP

                                 BY: _____
                                 Gregory W. Knopp
                                 Mark R. Curiel
                                 Attorneys for Defendant

## ORDER

The foregoing stipulation is hereby approved and the parties are ordered to comply with this order. In addition, the Court orders that the class certification hearing and further case management conference previously scheduled for October 11, 2007 shall be continued to DECEMBER 6, 2007.

Dated: 9/10/2007

United States District Judge

IT IS SO ORDERED
Judge Vaughn R Walker

4