Ira Spiro, SBN 067641 (ira@spiromoss.com)
Gregory N. Karasik, SBN 115834 (greg@spiromoss.com)
Spiro Moss Barness LLP
11377 W. Olympic Blvd., Fifth Floor
Los Angeles, CA 90064-1683
Telephone    310-235-2468
Fax:         310-235-2456

Bobby Debes, admitted pro hac vice
Debes Law Firm
3D/International Tower, 1900 W. Loop South, Suite 1910
Houston, TX 77027
bdebes@debeslaw.com
Telephone    (713) 623-0900
Fax          (713) 623-0951

Martin A. Shellist, pro hac vice application to be submitted
Shellist Lazarz, LLP
3/D International Building, 1900 West Loop South, Suite 1910
Houston, Texas 77027
mshellist@eeoc.net
Telephone    (713) 621-2277
Fax:         (713) 621-0993

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYA KOIKE and ADAM ODNERT, on behalf of themselves and all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>STARBUCKS CORPORATION, and DOES 1 through 20,<br><br>Defendants. | Case No. C 06 CV 3215 VRW<br><br>STIPULATION RE BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND EXTENDING PAGE LIMITS FOR BRIEFS and [proposed] ORDER THEREON |

1

Plaintiffs Roya Koike and Adam Odnert ("Plaintiffs"), and defendant Starbucks Corporation ("Starbucks"), hereby enter into the following Stipulation and request the Court to approve said stipulation and enter an order in accordance therewith.

## STIPULATION

1. This case involves claims that Starbucks, as a matter of policy and/or practice, fails to pay Assistant Managers for all time worked in violation of California law. Specifically, Plaintiffs contend that Assistant Managers are regularly required to work "off the clock" without compensation for that work. Starbucks denies Plaintiffs' allegations, and disputes that this case can be maintained as a class action under Rule 23 of the Federal Rules of Civil Procedure.

2. The hearing on Plaintiffs' motion for class certification is presently scheduled for January 31, 2008.

3. Special circumstances warrant departure from local rules governing page limits for briefs and briefing schedules. Plaintiffs intend to support their motion for class certification with voluminous evidence relating to numerous facets of Starbucks' operations. This evidence, consisting primarily of documents produced by Starbucks in discovery and nine days of deposition testimony from six different witnesses, exceeds 2,000 pages. Plaintiffs anticipate that Starbucks will submit a substantial amount of additional evidence.

4. So that the parties may fairly present their arguments in support of or against certification, they have reached the following agreements to address the logistical issues posed by the volume of evidence in this case:

    a) the parties have agreed that Plaintiffs may file an opening brief of up to 40 pages in length and that Starbucks may file an opposition brief of up to 40 pages in length;

    b) the parties have agreed to the following briefing schedule: Plaintiffs' motion papers shall be served and filed by November 6, 2007; Starbucks' opposition papers shall be served and filed by December 6, 2007; and Plaintiffs' reply papers shall be served and filed by December 20, 2007.

5. Should Starbucks submit any expert testimony in opposition to Plaintiffs' motion, then the deadline for filing Plaintiffs' reply papers shall be extended to give Plaintiffs sufficient opportunity to take the deposition of Starbucks' expert witness.

6. The parties mutually request the Court to adopt their agreements regarding page limits for briefs and a briefing schedule as orders of the Court.

DATED: October 26, 2007        SPIRO MOSS BARNESS LLP

BY: _____
Gregory N. Karasik
Attorneys for Plaintiffs

DATED: October 26, 2007        AKIN GUMP STRAUSS HAUER & FELD LLP

BY: _____
Gregory W. Knopp
Mark R. Curiel
Attorneys for Defendant

## ORDER

The foregoing stipulation is hereby approved and the parties are ordered to comply with this order. Subject to possible modification pursuant to paragraph 5 of the Stipulation, Plaintiffs shall serve and file all the initial papers in support of their motion for certification by November 6, 2007; Starbucks shall serve and file all of its opposition papers by December 6, 2006; and Plaintiffs shall serve and file all of their reply papers by December 20, 2007. Plaintiffs may file an opening brief of up to 40 pages in length, and Starbucks may file an opposition brief of up to 40 pages in length.

Dated: 10/31/2007

Honorable [IT IS SO ORDERED / Judge Vaughn R Walker] District Court
Chief Judge

3

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 2029 Century Park East, 24th Floor, Los Angeles, CA 90067. On October 26, 2007, I served the foregoing document(s) described as: **STIPULATION RE BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND EXTENDING PAGE LIMITS FOR BRIEFS AND [PROPOSED] ORDER THEREON** on the interested party(ies) below, using the following means:

| | |
|---|---|
| Gregory N. Karasik, Esq.<br>Spiro Moss Barness LLP<br>11377 W. Olympic Blvd., 5th Floor<br>Los Angeles, CA 90064-1683<br>*Attorneys for Plaintiff, Roya Koike* | Robert R. Debes, Jr., Esq.<br>Debes Law Firm<br>17 South Briar Hollow Lane<br>Suite 302<br>Houston, TX 77027<br>*Attorneys for Plaintiff* |

☒ BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Martin A. Shellist, Esq.
Shellist Lazarz, LLP
3/D International Building
1900 W. Loop South, Suite 1910
Houston, TX 77027
*Attorneys for Plaintiff*

☒ BY UNITED STATES MAIL I enclosed the documents in a sealed envelope or package addressed to the respective address(es) of the party(ies) stated above and placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid at Los Angeles, California.

☐ BY FAX Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the respective fax number(s) of the party(ies) as stated above. No error was reported by the fax machine that I used. A copy of the record of the fax transmission(s), which I printed out, is attached.

☐ (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 26, 2007 at Los Angeles, California.

TANIA-LEE BAYLISS         *[signature: Tania Lee Bayliss]*

1
PROOF OF SERVICE

076900.0586 6158495