CATHERINE A. CONWAY (SBN 98366)
GREGORY W. KNOPP (SBN 237615)
MARK R. CURIEL (SBN 222749)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone: 310-229-1000
Facsimile: 310-229-1001
cconway@akingump.com
gknopp@akingump.com
mcuriel@akingump.com

JOEL M. COHN (DC BN 933713) (admitted *pro hac vice*)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
jcohn@akingump.com

Attorneys for Defendant STARBUCKS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROYA KOIKE and ADAM ODNERT, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STARBUCKS CORPORATION,<br><br>Defendants. | Case No. C 06-3215 VRW<br><br>**STIPULATION AND [PROPOSED] ORDER RE DEFENDANT'S RESPONSE TO PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>Date Action Filed: April 4, 2006 |

6160754

STIPULATION AND [PROPOSED] ORDER RE DEFENDANT'S RESPONSE TO PLAINTIFFS'
SECOND AMENDED COMPLAINT                                                                 C-06-3215 VRW

1  WHEREAS, on October 2, 2006, the Court approved plaintiffs Roya Koike's and Adam Odnert's and defendant Starbucks Corporation's stipulation to grant plaintiffs leave to file a Second Amended Complaint, adding an additional claim against Starbucks for civil penalties under Labor Code Section 2699;

WHEREAS, the new claim for Section 2699 penalties is based on the same substantive Labor Code violations alleged in plaintiffs' first amended complaint;

WHEREAS, the changes in the Second Amended Complaint are few in nature;

WHEREAS, plaintiffs filed and served their Second Amended Complaint on October 4, 2006; and

WHEREAS, Starbucks previously filed an answer to plaintiffs' first amended complaint on May 8, 2006 in San Francisco Superior Court, and re-filed that answer in this Court on May 15, 2006 (Exhibit D to Declaration of Gregory W. Knopp in Support of Removal);

///

IT IS HEREBY STIPULATED, by and between plaintiffs and Starbucks, through their attorneys of record, that Starbucks answer to the first amended complaint will be deemed the answer to plaintiffs' Second Amended Complaint, and Starbucks need not file a response to the Second Amended Complaint.

**IT IS SO STIPULATED.**

Dated: 11/6/07

AKIN GUMP STRAUSS HAUER & FELD LLP

By _____
Mark R. Curiel
Attorneys for Defendant
STARBUCKS CORPORATION

Dated: November 6, 2007

SPIRO MOSS BARNESS LLP

By _____
Gregory N. Karasik
Attorneys for Plaintiffs
ROYA KOIKE and ADAM ODNERT

**IT IS SO ORDERED.**

Dated: November 19, 2007

GRANTED
Judge Vaughn R Walker

6160754

2

STIPULATION AND [PROPOSED] ORDER RE DEFENDANT'S RESPONSE TO PLAINTIFFS'
SECOND AMENDED COMPLAINT                                    C-06-3215 VRW

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 2029 Century Park East, 24th Floor, Los Angeles, CA 90067.

On November 7, 2007, I served the foregoing document(s) described as:

**STIPULATION AND [PROPOSED] ORDER RE DEFENDANT'S RESPONSE TO PLAINTIFFS' SECOND AMENDED COMPLAINT** on the interested party(ies) below:

Gregory N. Karasik, Esq.
Spiro Moss Barness LLP
11377 W. Olympic Blvd., 5th Floor
Los Angeles, CA 90064-1683
*Attorneys for Plaintiff, Roya Koike*

Robert R. Debes, Jr., Esq.
Debes Law Firm
17 South Briar Hollow Lane
Suite 302
Houston, TX 77027
*Attorneys for Plaintiff*

Martin A. Shellist, Esq.
Shellist Lazarz, LLP
3/D International Building
1900 W. Loop South, Suite 1910
Houston, TX 77027
*Attorneys for Plaintiff*

using the following means:

☒ BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ BY FAX Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the respective fax number(s) of the party(ies) as stated above. No error was reported by the fax machine that I used. A copy of the record of the fax transmission(s), which I printed out, is attached.

☐ (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 7, 2007 at Los Angeles, California.

Sharon Cluff
[Print Name of Person Executing Proof]        [Signature]

PROOF OF SERVICE

076900.0586 6158495