CATHERINE A. CONWAY (SBN 98366)
GREGORY W. KNOPP (SBN 237615)
MARK R. CURIEL (SBN 222749)
cconway@akingump.com
gknopp@akingump.com
mcuriel@akingump.com
Akin Gump Strauss Hauer & Feld LLP
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone:  310-229-1000
Facsimile:   310-229-1001

Attorneys for Defendant STARBUCKS
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROYA KOIKE and ADAM ODNERT, on behalf of themselves and all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>STARBUCKS CORPORATION, DOES 1 through 20,<br><br>Defendants. | Case No. C06-3215 VRW<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTIONS<br><br>Date Action Filed: April 4, 2006 |

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTIONS

Plaintiffs Roya Koike and Adam Odnert ("Plaintiffs"), and defendant Starbucks Corporation ("Starbucks"), hereby enter into the following Stipulation and request the Court to approve said stipulation and enter an order in accordance therewith.

**STIPULATION**

1. The Court continued the hearing on Plaintiffs' motion for class certification and Starbucks motion for partial summary judgment to February 7, 2008.

2. Starbucks counsel will be unavailable on February 7, 2008 due to trials in other matters.

3. The parties are informed that the Court will be unavailable from February 24, 2008 through March 23, 2008.

4. Therefore, the parties agree and mutually request the Court to order that the hearing on the motions for class certification and for partial summary judgment be continued to April 10, 2008.

5. The parties also agree and mutually request that the Court order that no further briefing be allowed on the motions except as to allow for briefing to inform the court of new case law developments and to allow Starbucks to file a response to Plaintiff's Evidentiary Objections to the Declaration of Michael P. Ward.

//
//
//
//
//
//
//
//
//
//
//
//

1
STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTIONS

IT IS HEREBY STIPULATED AS FOLLOWS:

1. The hearing on motions for class certification and for partial summary judgment presently set for February 7, 2008 shall be continued to April 10, 2008.

2. The Court shall allow no further briefing on the motions to be heard except as to allow for briefing to inform the court of new case law developments and to allow Starbucks to file a response to Plaintiff's Evidentiary Objections to the Declaration of Michael P. Ward.

Dated: January 30, 2008        AKIN GUMP STRAUSS HAUER & FELD LLP

By_____
Gregory W. Knopp
Attorneys for Defendant STARBUCKS
CORPORATION

Dated: January 30, 2008        SPIRO MOSS BARNESS LLP

By_____
Gregory N. Karasik
Attorneys for Plaintiffs ROYA KOIKE
& ADAM ODNERT

**GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Dated: __February 1__, 2008        By_____
Chief Judge Walker



GRANTED
Judge Vaughn R Walker

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 2029 Century Park East, 24th Floor, Los Angeles, CA 90067.

On January 31, 2008, I served the foregoing document(s) described as:

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTIONS**

on the interested party(ies) below using the following means:

**All parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the referenced case caption and number**

☒ BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 31, 2008 at Los Angeles, California.

Sharon Cluff                                                   /s/ Sharon Cluff
[Print Name of Person Executing Proof]        [Signature]

C-06-3215 VRW