IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYA KOIKE and ADAM ODNERT, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v<br><br>STARBUCKS CORPORATION,<br><br>    Defendant.<br>_____/ | No C 06-3215 VRW<br><br>ORDER |

    The clerk is DIRECTED to unseal Exhibits 1-7 of the Declaration of Gregory N Karasik (Doc #77), which were submitted conditionally under seal, and place them in the public file.

    IT IS SO ORDERED.

                                              VAUGHN R WALKER
                                              United States District Chief Judge