IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYA KOIKE and ADAM ODNERT, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v<br><br>STARBUCKS CORPORATION,<br><br>    Defendant. | No C 06-3215 VRW<br><br>ORDER |

On December 23, 2008, plaintiff Adam Odnert sent the attached letter to the court, copying both plaintiff's and defense counsel, explaining that despite his efforts he has not yet received the settlement payment due to him.  This settlement provided the basis for the court's entry of judgment against Mr. Odnert on December 4, 2008.  Doc #134.  Counsel should be prepared to discuss this matter at the hearing on the motion to intervene (Doc #135) to be held on February 12, 2009 at 2:30 PM.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge