CATHERINE A. CONWAY (SBN 98366)
GREGORY W. KNOPP (SBN 237615)
MARK R. CURIEL (SBN 222749)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone: 310-229-1000
Facsimile: 310-229-1001
cconway@akingump.com
gknopp@akingump.com
mcuriel@akingump.com

JOEL M. COHN (DC BN 933713) (admitted *pro hac vice*)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
jcohn@akingump.com

Attorneys for Defendant STARBUCKS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROYA KOIKE and ADAM ODNERT, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>   v.<br><br>STARBUCKS CORPORATION,<br><br>                Defendants. | Case No. C 06-3215 VRW<br><br>[~~PROPOSED~~] **ORDER TO MODIFY BRIEFING SCHEDULE ON SHAUN NGUYEN'S MOTION TO INTERVENE**<br><br>Date: February 12, 2009<br>Time: 2:30 p.m.<br>Place: Courtroom 6<br><br>Date Action Filed: April 4, 2006 |

6327331

[PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE ON MOTION TO INTERVENE

|   |   |
|---|---|
| 1 | |
| 2 | Before the Court is defendant Starbucks Corporation's and movant Shaun Nguyen's stipulation to modify briefing schedule on motion to intervene for limited purpose of appeal from denial of class certification. After reviewing the stipulation, the Court rules as follows: |

1. Starbucks opposition to Nguyen's motion to intervene for limited purpose of appeal from denial of class certification shall be filed no later than January 29, 2009.

2. Nguyen's reply to the motion shall be filed no later than February 5, 2009.

3. The hearing on the motion shall remain on February 12, 2009.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____Jan. 23_____, 2009      By_____
                                         Chief Judge Vaughn R Walker

**GRANTED** — United States District Court, Northern District of California

6327331

[PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE ON MOTION TO INTERVENE

1

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 2029 Century Park East, Suite 2400, Los Angeles, California 90067.

    On January 22, 2009, I served the foregoing document(s) described as:

**[PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE ON SHAUN NGUYEN'S MOTION TO INTERVENE**

on the interested party(ies) using the following means:

> **All parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the referenced case caption and number**

☒ BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    Executed on January 22, 2009 at Los Angeles, California.

Sharon Cluff
[Print Name of Person Executing Proof]      [Signature] *Sharon Cluff*